IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NATHANIEL HAYES,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 09-0275-CG-N** |
| | ) |
| **GRANT CULLIVER, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is hereby **ORDERED** that plaintiff's Motion for Preliminary Injunction is **DENIED**.

**DONE and ORDERED** this 12th day of November, 2009.

                     /s/ Callie V. S. Granade
                CHIEF UNITED STATES DISTRICT JUDGE