# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-0275-CG-N |
| | ) |
| GRANT CULLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is hereby **ORDERED** that plaintiff's complaint is hereby **DISMISSED** without prejudice for failure to abide by the order of this court.

**DONE and ORDERED** this 26th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE