# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NATHANIEL HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-0275-CG-N |
| | ) |
| GRANT CULLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with this court's order adopting the report and recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 26th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE